IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Andres Torres, et al.

Plaintiff(s),

v.

General Motors LLC,

Defendant(s).

Case No. 20 C 7109
Judge Edmond E. Chang

## ORDER

The joint motion [34] to transfer the case to the Eastern District of Michigan is granted, in light of the apparent convenience of the parties, witness, and to allow further coordination with similar cases pending in that District. 28 U.S.C. 1404(a). This case is transferred to the Eastern District of Michigan. The tracking status hearing of 04/16/2021 is vacated. The prior motion [26] to transfer is terminated as unnecessary.

Date: 4/6/2021

Edmond E. Chang
U.S. District Court Judge